Richard Morin (SBN 285275)
Law Office of Rick Morin, PC
500 Newport Center Drive Suite 610
Newport Beach, CA 92660
Phone: (949) 996-3094
Email: legal@rickmorin.net

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Amanda Bare,<br><br>　　　　Plaintiff,<br>　v.<br><br>Henry Mayo Newhall Memorial Hospital,<br><br>　　　　Defendant. | Case No. 2:23-cv-02065-SPG-JC<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Amanda Bare hereby notifies the Court that the parties have reached a global settlement in this case. Plaintiff will file dispositional documents no more than 30 days from today's date.

Respectfully submitted,

Dated: July 12, 2023

　　　　　　　　　　　　　　　　Law Office of Rick Morin, PC

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　By: Richard Morin
　　　　　　　　　　　　　　　　Attorneys for Plaintiff